1  Ryan Lee, Esq. (SBN: 235879)
   Krohn & Moss, Ltd.
2  10474 Santa Monica Blvd., Suite 401
   Los Angeles, CA  90025
3  T: (323) 988-2400; F: (866) 802-0021
   rlee@consumerlawcenter.com
4  Attorneys for Plaintiff,
   RAMON MONTES

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| RAMON MONTES, | **Case No.:** 3:12-cv-04324-JCS |
| Plaintiffs, | |
| v. | **VOLUNTARY DISMISSAL** |
| LAW OFFICE OF DANIEL M. SLANE, LLC, | |
| Defendant. | |

### VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, RAMON MONTES, by and through his attorneys, KROHN & MOSS, LTD., hereby voluntarily dismisses the above-entitled case with prejudice.

Dated: January 25, 2013                                KROHN & MOSS, LTD.


                                                       By:   /s/ Ryan Lee, Esq.
                                                       Ryan Lee, Esq.
                                                       Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

By:   /s/ Ryan Lee, Esq.   _

Ryan Lee, Esq